UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 8:07CV278 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TROY BARRETT, | ) | |
| | ) | |
| Respondent. | ) | |

The Court has considered the Petitioner's Motion to Compel Production, and finds as follows. On July 23, 2007, the United States filed a Petition to Enforce an IRS Summons, requesting that the Respondent, Troy Barrett, be ordered to show cause why he should not be compelled to comply with the summons. (Filing No. 1.) The Court issued an Order to Show Cause, which also required the Petitioner to serve the Respondent with a copy of the Order and the Petition and attachments. (Filing No. 4.) The Petitioner served the documents upon the Respondent on August 3, 2007. (Filing No. 5).

To date, the Respondent has not provided a written response to the Petition. Accordingly, the Court finds that the allegations in the Petition are deemed admitted.

IT IS ORDERED:

1. The factual allegations of the Petition to Enforce IRS Summons (Filing No. 1) are deemed admitted;

2. Because the Respondent has not responded to the Order to Show Cause, the hearing previously scheduled for September 13, 2007, at 10:00 a.m. before Magistrate Judge David L. Piester is cancelled;

3. The Petitioner's Motion to Compel Production (Filing No. 7) is granted as follows:

The Respondent is hereby ordered to produce the documents listed in the summons within fourteen (14) days of the date of service of this Order on him by mailing or delivering same to the office of the IRS, Attention Meghan Simon, 1313 Farnam Street, Stop 5223 OMA, Omaha, Nebraska, 68102; and

4. Petitioner is directed to serve a copy of this Order, together with the Motion to Compel, on the Respondent, and such service shall be made pursuant to Rule 4.1 of the Federal Rules of Civil Procedure, to include service by an official of the Internal Revenue Service specially appointed herein by the Court for that purpose.

Dated this 10th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge