UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES of AMERICA,** | ) | **Case No. 8:07CV278** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| **TROY BARRETT,** | ) | |
| | ) | |
| **Respondent.** | ) | |

This matter is before the Court on the Petitioner's Motion for Order to Show Cause Why Respondent Should Not Be Held In Contempt. (Filing No. 10). By Order dated September 10, 2007 (Filing No. 8), the Court ordered the Respondent, Troy Barrett, to produce documents responsive to the Internal Revenue Service ("IRS") summons previously served on him in connection with this matter. (Filing No. 1, Ex. 2). The Respondent has failed to produce any documents. (Filing No. 11, Ex. 1, Declaration of Meghan M. Simon). Upon consideration of the record, and for good cause shown,

**IT IS ORDERED:**

1. The Petitioner's motion for order to show cause why Respondent should not be held in contempt of an order of this Court (Filing No. 10) is GRANTED.

2. Respondent, Troy Barrett, shall appear before the undersigned United States District Court Judge in the District Court of the United States for the District of Nebraska, in **Courtroom No. 2, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on the 28th day of January, 2008, at 8:30 a.m.** to show cause, if any, why he should not be held in contempt.

3. Respondent is further ordered to bring with him to the show cause hearing all documents and records in his possession, custody, and control that are subject to the summons.

4. If the Respondent fails to appear before the undersigned on January 28, 2008, at the time ordered herein, then the Respondent is hereby put on notice that he may be sentenced to the custody of the Attorney General of the United States until such time as he shall purge himself of contempt.

Dated this 3rd day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge