IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CV278 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| TROY BARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

The Assistant United States Attorney has informed the Court that the Defendant Troy Barrett has now complied with the IRS summons and accordingly has purged himself of contempt. For these reasons,

IT IS ORDERED:

The Defendant shall be released from the custody of the United States Marshal Service.

DATED this 12th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge